United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § | CASE NO. 23-34815 (JPN) |
| GALLERIA 2425 OWNER, LLC | | CHAPTER 11 |
| Debtor. | | |
| GALLERIA 2425 OWNER LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | ADVERSARY NO. 23-3263 |
| NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH AND AZEEMAH ZAHEER, | | |
| Defendants. | | |

**STIPULATION TO DISMISS COMPLAINT AGAINST
NATIONAL BANK OF KUWAIT, S.A.K.P. NEW YORK
BRANCH AND CANCEL PRE-TRIAL CONFERENCE**

[Related ECF Nos. 17, 19, 20, 22 and 23]

This Stipulation (the "Stipulation") is entered into by and among (a) Christopher R. Murray in his capacity as liquidation trustee (the "Trustee") in the above captioned case and (b) National Bank of Kuwait S.A.K.P., New York Branch ("NBK," and together with the Trustee, the "Parties"). The Parties hereby stipulate and agree as follows:

**Recitals**

1. WHEREAS, Galleria 2425 Owner, LLC (the "Debtor") filed a petition for relief under chapter 11 of title 11 of the United States Code on December 5, 2023 (the "Petition Date").

2. WHEREAS, the Trustee was previously appointed as the Debtor's chapter 11 trustee. *See* ECF Nos. 116, 117 and 121.

3. WHEREAS, the Trustee was automatically substituted for the Debtor as Plaintiff in this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 2012.

4. WHEREAS, prior to the Petition Date, the Debtor sued NBK in state district court (the "Complaint"). The state court action was removed to this Court on December 18, 2023 by the Debtor. *See* ECF No. 1. Co-defendant Azeemah Zaheer has not appeared in these proceedings since the removal of this case and the Parties do not know whether she was served with process prior to the Petition Date. There is no evidence that the Debtor served Ms. Zaheer after the Petition Date. No summons was issued or returned as served.

5. WHEREAS, on May 14, 2014, the Court entered a scheduling pre-trial order that, among other things, directed the Parties to attend a pretrial conference on June 18, 2024 at 11:00 A.M. and to submit no later than June 17, 2024 at 11:00 A.M. a joint pretrial statement concerning certain information set forth in the scheduling pre-trial order. *See* ECF No. 17.

6. WHEREAS, the Parties agreed multiple times to continue the pre-trial conference and enlarge the deadline to submit a joint pre-trial statement on June 15, 2024 and July 29, 2024, and the Court entered a stipulated order further continuing the pre-trial conference to September 24, 2023 at 9:00 a.m. (CT), and directing the Parties to submit a joint pre-trial statement on September 23, 2024 at 9:00 a.m. (CT). *See* ECF Nos. 19, 20, 22 and 23.

7. WHEREAS, on June 22, 2024, the Bankruptcy Court entered a memorandum of decision and an order (the "Confirmation Order") confirming the *Chapter 11 Plan of Liquidation of the Debtor* (the "Plan"). *See* ECF Nos. 565 and 566.

8. WHEREAS, the Plan became effective on August 21, 2024. *See Notice of Confirmation and Effective Date of Chapter 11 Plan of Liquidation of the Debtor,* ECF No. 676.

On the effective date, the Trustee became the liquidation trustee of a liquidation trust created under the Plan and as a result has acceded to the role of the Trustee in this adversary proceeding.

9. WHEREAS, Article IX.D of the Plan releases NBK of all claims and causes of action held by the estate on the effective date of the Plan.

10. WHEREAS, the Confirmation Order is not stayed.

11. WHEREAS, pursuant to the Confirmation Order, the estate releases and injunction provisions in Article IX of the Plan are now in full force and effect.

## Stipulation, Agreement and Order

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, IT IS SO ORDERED as follows:

1. The foregoing stipulations are incorporated herein by reference.

2. The Complaint is dismissed with prejudice as against NBK; and

3. The pre-trial conference scheduled for September 24, 2024 at 9:00 a.m. (CT) is cancelled; and the Parties are not required to submit a joint pre-trial statement.

    THE FOREGOING STIPULATION IS HEREBY APPROVED AND SO ORDERED.

Signed: September 16, 2024

Jeffrey P. Norman
United States Bankruptcy Judge

Houston, Texas
September __, 2024

| | |
|---|---|
| **SHANNON & LEE LLP** | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| | |
| */s/ R.J. Shannon* | */s/ Andrew M. Troop* |
| Kyung S. Lee (TX Bar No. 12128400) | Charles C. Conrad |
| R.J. Shannon (TX Bar No. 24133055) | Texas State Bar No. 24040721 |
| 2100 Travis Street, Suite 1525 | Ryan Steinbrunner |
| Houston, TX 77002 | Texas State Bar No. 24093201 |
| Telephone: 713.714.5570 | 609 Main Street Suite 2000 |
| Facsimile: 813.714.5570 | Houston, TX 77002 |
| klee@shannonleellp.com | Telephone: (713) 276-7600 |
| rshannon@shannonleellp.com | Facsimile: (713) 276-7634 |
| | charles.conrad@pillsburylaw.com |
| ***Counsel for Liquidation Trustee*** | ryan.steinbrunner@pillsburylaw.com |
| | |
| | - *and* - |
| | |
| | Andrew M. Troop (Bar No. MA547179) |
| | Patrick E. Fitzmaurice* |
| | Kwame O. Akuffo* |
| | 31 West 52nd Street |
| | New York, NY 10019-6131 |
| | Telephone: (212) 858-1000 |
| | Facsimile: (212) 858-1500 |
| | andrew.troop@pillsburylaw.com |
| | patrick.fitzmaurice@pillsburylaw.com |
| | kwame.akuffo@pillsburylaw.com |
| | |
| | *Admitted *pro hac vice* |
| | |
| | ***Counsel for National Bank of Kuwait, S.A.K.P., New York Branch*** |